IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re

RECIPROCAL OF AMERICA (ROA)
SALES PRACTICES LITIGATION

Master File No. MDL 1551

This Document Relates to:
Civil Action No. 03-2859
Civil Action No. 03-2195
Civil Action No. 04-2078
Civil Action No. 04-2294

ORDER REMOVING AS PENDING PROPOSALS FOR INITIAL CASE
MANAGEMENT ORDER

Pending on the Court's docket are the proposals of certain Defendants in this matter for an initial case management order, which was entered by the Court in the lead case on November 16, 2004. Accordingly, the Clerk of Court is directed to remove from pending status the following motions: No. 03-2859 (Doc. No. 20), No. 03-2195 (Doc. No. 81), No. 04-2078 (Doc. No. 27), and No. 04-2294 (Doc. No. 6).

IT IS SO ORDERED this ___ day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-4-05

## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 136 in case 2:04-CV-01551 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Jere L. Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert G. Methvin
MCCALLUM & METHVIN, PC
2201 Arlington Ave., S.
Birmingham, AL 35205

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Patrick H. Cantilo
CANTILO & BENNETT LLP
7501-C North Capital Of Texas Highway
Ste. 200
Austin, TX 78731

Honorable J. Breen
US DISTRICT COURT