IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re RECIPROCAL OF AMERICA (ROA)
SALES PRACTICES LITIGATION

Master File No. 04-MD-1551

The Honorable J. Daniel Breen

This Document Relates to:
All Actions

*Consolidated and Coordinated Cases:*

**Coordinated Receiver Actions:**
*Gross v. General Reinsurance Corp., et al.,* No. 04-CV-2313
*Flowers v. General Reinsurance Corp., et al.,* No. 04-CV-2078

**Consolidated Policyholder Actions:**
*Tommy L. Fullen v. General Reinsurance Corp., et al.,* No. 03-CV-2195
*Crenshaw Community Hospital v. General Reinsurance Corp., et al.,* No. 03-CV-2696
*David Herrick v. General Reinsurance Corp., et al.,* No. 03-CV-2705
*Christie Clinic, P.C. v. General Reinsurance Corp., et al.,* No. 03-CV-2859
*Schumacher Group, Inc. v. General Reinsurance Corp., et al.,* No. 04-CV-2420
*Michael A. Jaynes, P.C. v. General Reinsurance Corp., et al.,* No. 04-CV-2479
*Gateway Regional Health Sys., Inc. v. General Reinsurance Corp., et al.,* No. 04-CV-314

**Coordinated Policyholder Actions:**
*Missouri Hospital Plan v. General Reinsurance Corp., et al.,* No. 04-CV-2294

ORDER APPROVING MOTION FOR PRO HAC VICE OF DOUGLAS W. DAVIS
ON BEHALF OF DEFENDANTS GENERAL REINSURANCE CORPORATION,
GENERALCOLOGNE REINSURANCE, P.L.C., AND BERKSHIRE HATHAWAY INC.

Upon motion of the defendants, General Reinsurance Corporation, GeneralCologne Reinsurance, P.L.C. and Berkshire Hathaway Inc., for admission *pro hac vice* of its Virginia attorney to appear on its behalf in this Court;

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-20-05



IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED that Douglas W. Davis of the law firm of Hunton & Williams LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA, 23219-4074, is admitted *pro hac vice* to practice and appear in this Court as counsel for the defendants listed above in this action.

_____
JUDGE

Dated: June 17, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 157 in case 2:04-CV-01551 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Jere L. Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

Patrick H. Cantilo
CANTILO & BENNETT LLP
7501-C North Capital Of Texas Highway
Ste. 200
Austin, TX 78731

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert G. Methvin
MCCALLUM & METHVIN, PC
2201 Arlington Ave., S.
Birmingham, AL 35205

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT