IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re

RECIPROCAL OF AMERICA (ROA)
SALES PRACTICES LITIGATION

Master File No. 04-MD-1551

This Document Relates to:
Civil Action No. 04-2313

FILED BY ____ D.C.

05 AUG -9 AM 8: 59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

---

ORDER GRANTING THE DEPUTY RECEIVER'S UNOPPOSED MOTION TO VACATE
THE AUGUST 2, 2005, ORDER GRANTING MOTION FOR DEFENDANTS ATLANTIC
SECURITY LTD. AND RICHARD WITKOWSKI TO DISMISS FOR LACK OF PERSONAL
JURISDICTION

---

Before the Court in this multidistrict litigation is the unopposed motion and accompanying memorandum of Plaintiff, Alfred W. Gross, in his capacity as Deputy Receiver of Reciprocal of America (the "Deputy Receiver"), to vacate the Court's August 2, 2005, Order Granting Motion of Defendants Richard Witkowski and Atlantic Security Ltd. to Dismiss for Lack of Personal Jurisdiction. For good cause shown, the motion to vacate is GRANTED.

IT IS SO ORDERED this 8th day of August 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 165 in case 2:04-CV-01551 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Jere L. Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Robert G. Methvin
MCCALLUM & METHVIN, PC
2201 Arlington Ave., S.
Birmingham, AL 35205

Patrick H. Cantilo
CANTILO & BENNETT LLP
7501-C North Capital Of Texas Highway
Ste. 200
Austin, TX 78731

Honorable J. Breen
US DISTRICT COURT