UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -8 PM 5: 05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| IN RE § § § | Master File No. 04-MDL-1551 |
| RECIPROCAL OF AMERICA (ROA) § SALES PRACTICE LITIGATION § § § § § § § | This Document Relates To:<br><br>03-CV-2195<br>04-CV-2479<br>03-CV-2705<br>03-CV-2859<br>04-CV-2410 |

## ORDER GRANTING MOTION TO WITHDRAW

Before the Court is Michael A. Jaynes, P.C., Michael A. Jaynes, David Herrick, and The Schumacher Group's Motion to Allow Certain Counsel to Withdraw from Their Cases. The Court finds that the motion is well-taken and should be GRANTED. THEREFORE, it is ORDERED that McCallum, Methvin & Terrell, P.C., Robert G. Methvin, Jr., James M. Terrell, J. Matthew Stephens, Edward M. Bearman and Robert R. Riley are allowed to withdraw as counsel of record for Plaintiff David Herrick, M.D. and Plaintiff The Schumacher Group in *David Herrick v. General Reinsurance Corp., et al.*, No. 03-CV-2705, *Christie Clinic, P.C. v. General Reinsurance Corp., et al.*, No. 03-CV-2859 and *Schumacher Group, Inc. v. General Reinsurance Corp., et al.*, No. 04-CV-2410 and as counsel of record for Plaintiffs Michael A. Jaynes, P.C. and Michael A. Jaynes in *Tommy L. Fullen, et. al. v. General Reinsurance Corp., et al.*, No. 03-CV-2195 and *Michael A. Jaynes, P.C., et al. v. General Reinsurance Corp., et al.*, No. 04-CV-2479. The law firm of McCallum, Methvin & Terrell, P.C., Robert G. Methvin, Jr., James M. Terrell, James Matthew Stephens, Edward M. Bearman and Robert R. Riley will remain counsel of record for the *Gateway/Crenshaw* policyholders in *Gateway Regional Health Sys. Inc. v. General Reinsurance Corp., et al.*, No. 04-CV-2936 and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-9-05

(173)

*Crenshaw Community Hosp., et al. v. General Reinsurance Corp., et al.,* No. 03-CV-2696, and Robert G. Methvin, Jr. will remain as lead counsel for the policyholders.

DATED: 9/8/05

J. Daniel Breen, United States District Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 173 in case 2:04-CV-01551 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Robert G. Methvin
MCCALLUM & METHVIN, PC
2201 Arlington Ave., S.
Birmingham, AL 35205

Patrick H. Cantilo
CANTILO & BENNETT LLP
7501-C North Capital Of Texas Highway
Ste. 200
Austin, TX 78731

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jere L. Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT