IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| In re RECIPROCAL OF AMERICA (ROA) SALES PRACTICES LITIGATION | ) Master File No. 04-MD-1551<br>)<br>) The Honorable J. Daniel Breen<br>)<br>) This Document Relates To:<br>) **All Actions** |

ORDER ALLOWING WITHDRAWAL OF COUNSEL OF RECORD FOR DEFENDANTS
TOMMY N. KELLOGG, CHRISTOPHER MIGEL, THOMAS M. REINDEL, AND
VICTORIA J. SEEGER

Pursuant to the Notice of Withdrawal submitted to this Court on September 19, 2005, this Court hereby allows W.J. Michael Cody and Jef Feibelman of Burch, Porter & Johnson, PLLC, and Joseph E. Coughlin, Ronald M. Lepinskas and Andrew R. Gifford of Lord, Bissell & Brook LLP to withdraw as counsel of record for defendants Tommy N. Kellogg, Christopher Migel, Thomas M. Reindel, and Victoria J. Seeger in the above-referenced actions.

IT IS SO ORDERED this 20th day of September, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-21-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 176 in case 2:04-CV-01551 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Patrick H. Cantilo
CANTILO & BENNETT LLP
7501-C North Capital Of Texas Highway
Ste. 200
Austin, TX 78731

Jere L. Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

Robert G. Methvin
MCCALLUM & METHVIN, PC
2201 Arlington Ave., S.
Birmingham, AL 35205

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT