

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 OCT 18 PM 3:16

THOMAS M. GOULD
CLERK, US DISTRICT COURT
  MEMPHIS

In re RECIPROCAL OF AMERICA (ROA)                )    Master File No. 04-MD-1551
SALES PRACTICES LITIGATION                       )
                                                 )    The Honorable J. Daniel Breen
                                                 )
                                                 )    This Document Relates To:
                                                 )    Coordinated Policyholder Action
                                                 )

*Consolidated and Coordinated Actions:*

**Coordinated Receiver Actions:**

*Alfred W. Gross v. General Reinsurance Corp., et al.*, No. 04-CV-2313
*Paula Flowers v. General Reinsurance Corp., et al.*, No. 04-CV-2078

**Consolidated Policyholder Actions:**

*Tommy L. Fullen, et al. v. General Reinsurance Corp., et al.*, No. 03-CV-2195
*Crenshaw Community Hosp., et al. v. General Reinsurance Corp., et al.*, No. 03-CV-2696
*David Herrick v. General Reinsurance Corp., et al.*, No. 03-CV-2705
*Christie Clinic, P.C. v. General Reinsurance Corp., et al.*, No. 03-CV-2859
*Schumacher Group, Inc. v. General Reinsurance Corp., et al.*, 04-CV-2420
*Michael A. Jaynes, P.C., et al. v. General Reinsurance Corp., et al.*, 04-CV-2479
*Gateway Regional Health Sys., Inc. v. General Reinsurance Corp., et al.*, 04-CV-314

**Coordinated Policyholder Action:**

*Missouri Hospital Plan, et al. v. Doctors Insurance Reciprocal, et al.*, No. 04-CV-2294

## ORDER GRANTING *PRO HAC VICE* ADMISSION

THIS DAY came defendants, Kenneth R. Patterson and Carolyn B. Hudgins, by counsel, on their Motion to Admit Counsel *Pro Hac Vice* pursuant to Local Rule 83.1(b). The Court having found that the motion, counsel's Certificate of Good Standing and Certificate of Familiarity are in proper form, it is hereby ORDERED:

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-19-05

The Motion is granted, and Devon Williams Cushman is admitted as counsel, *pro hac vice*, for Kenneth R. Patterson and Carolyn B. Hudgins in this proceeding.

ENTER: 10 / 18 / 05

_____
United States District Judge

I ask for this:

_____
Stephen W. Ragland, Esquire (TSB #13389)
Clarence A. Wilbon, Esquire (TSB # 23378)
BASS BERRY & SIMS PLC
100 Peabody Place, Suite 900
Memphis, Tennessee 38103
Tele : (901) 543-5900
Fax : (901) 543-5999

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 180 in case 2:04-CV-01551 was distributed by fax, mail, or direct printing on October 19, 2005 to the parties listed.

---

Robert G. Methvin
MCCALLUM & METHVIN, PC
2201 Arlington Ave., S.
Birmingham, AL 35205

Patrick H. Cantilo
CANTILO & BENNETT LLP
7501-C North Capital Of Texas Highway
Ste. 200
Austin, TX 78731

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jere L. Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT