UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5  PM 12: 32

THOMAS M. GOULD
CLERK OF DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **In re** §<br><br>§<br>**RECIPROCAL OF AMERICA (ROA)** §<br>**SALES PRACTICES LITIGATION** §<br><br>§<br><br>§<br><br>§<br><br>§ | **Master File No. 04-MD-1551**<br><br>**This Document Relates To:**<br>**2:04 cv 2294 (W.D. Tenn.)** |

~~PROPOSED~~ ORDER ON MISSOURI HOSPITAL PLAN'S MOTION FOR EXTENSION
OF TIME TO RESPOND TO DEFENDANT GERALD R. WAGES' MOTION TO
RECONSIDER THE DENIAL OF HIS MOTION TO DISMISS

This matter is before the Court on the Plaintiffs', Missouri Hospital Plan, Hospital
Services Group, Inc., Healthcare Services Association, Providers Insurance Consultants, Inc.,
and Medical Liability Alliance (hereinafter collectively referred to as "MHP"), Motion for
Extension of Time To Respond to Defendant Gerald R. Wages' Motion To Reconsider the
Denial of His Motion To Dismiss.  Upon finding that the parties involved have given their
consent to this Motion and that furthermore, this Motion is supported by good cause, MHP's
Motion is well taken and should be granted.

It is therefore ORDERED, ADJUDGED, AND DECREED that MHP is provided until
and including December 19, 2005 to respond to Gerald R. Wages' Motion To Reconsider the
Denial of His Motion To Dismiss.

IT IS SO ORDERED.

12/5/05
Date

District Judge J. Daniel Breen

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-6-05

191

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 191 in
case 2:04-CV-01551 was distributed by fax, mail, or direct printing on
December 6, 2005 to the parties listed.

---

Robert G. Methvin
MCCALLUM & METHVIN, PC
2201 Arlington Ave., S.
Birmingham, AL 35205

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Patrick H. Cantilo
CANTILO & BENNETT LLP
7501-C North Capital Of Texas Highway
Ste. 200
Austin, TX 78731

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jere L. Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT