IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In re

RECIPROCAL OF AMERICA (ROA)
SALES PRACTICES LITIGATION

Master File No. MDL 1551

This Document Relates to:
Civil Action No. 04-2479

---

ORDER GRANTING THE PLAINTIFFS MICHAEL A. JAYNES AND
MICHAEL A. JAYNES, P.C. UNOPPOSED MOTION TO VACATE THE AUGUST 2, 2005
ORDER GRANTING MOTION OF DEFENDANTS RICHARD WITKOWSKI
AND ATLANTIC SECURITY, LTD TO DISMISS FOR LACK OF PERSONAL
JURISDICTION

---

Before the Court in this multi-district litigation is the unopposed motion and accompanying memorandum of Plaintiffs, Michael A. Jaynes, P.C. and Michael A. Jaynes, in his capacity as class representative, to vacate the Court's August 2, 2005 Order Granting Motion of Defendants Richard Witkowski and Atlantic Security Ltd. To Dimiss for Lack of Personal Jurisdiction. For good cause shown, the motion to vacate is GRANTED.

IT IS SO ORDERED this 21st day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 195 in case 2:04-CV-01551 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Jere L. Beasley
BEASLEY ALLEN CROW METHVIN PORTIS & MILES
P.O. Box 4160
Montgomery, AL 36103--416

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Patrick H. Cantilo
CANTILO & BENNETT LLP
7501-C North Capital Of Texas Highway
Ste. 200
Austin, TX 78731

Robert G. Methvin
MCCALLUM & METHVIN, PC
2201 Arlington Ave., S.
Birmingham, AL 35205

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

William H. Farmer
FARMER & LUNA
333 Union St.
Ste. 300
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT