UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| In re<br><br>RECIPROCAL OF AMERICA (ROA)<br>SALES PRACTICES LITIGATION | §<br>§<br>§  Master File No. 04-MD-1551<br>§<br>§<br>§<br>§<br>§ |

**This Document Relates To:**

**Case No. 03-CV-2859**
**Case No. 04-CV-2410**
**Case No. 05-CV-2984**

**COMMISSIONER LESLIE A. NEWMAN'S RESPONSE AND OBJECTIONS TO CHRISTIE CLINIC, P.C., THE SCHUMACHER GROUP, INC., AND DR. ROBERT HOWE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

To:   Daniel J. Pope, Esq.
      Phebus & Koester
      136 West Main Street
      Urbana, Illinois 61801

**COMES NOW** Commissioner Leslie A. Newman, as appointed Liquidator for American National Lawyers Insurance Reciprocal ("ANLIR"), Doctors Insurance Reciprocal ("DIR") and The Reciprocal Alliance ("TRA") (collectively referred to as the "RRGs"), by and through her undersigned counsel, and responds to the Christie Clinic, P.C., the Schumacher Group, Inc., and Dr. Robert Howe's (collectively referred to as the "Doctor Policyholder Plaintiffs") First Request for Production of Documents pursuant to

Rules 26 and 34 of the FEDERAL RULES OF CIVIL PROCEDURE. The Commissioner responds as follows:

## GENERAL OBJECTIONS

Commissioner Leslie A. Newman objects to each and every Request to the extent the same seeks information subject to the attorney/client privilege, work product privilege, statutory privilege, or other privilege recognized under the laws of the state of Tennessee or the United States. In responding to these requests, the Commissioner shall not be deemed to have waived or relinquished such objection or privilege. The Commissioner further objects to and hereby declines to produce any documents which are not relevant or otherwise discoverable under Rule 34 of the FEDERAL RULES OF CIVIL PROCEDURE and any documents which were obtained or prepared in anticipation of litigation or preparation for trial and any documents which are protected from discovery under the laws of the State of Tennessee or the United States.

## RESPONSE AND OBJECTIONS TO THE SPECIFIC REQUEST

1. Any and all Documents in your custody or control referring or relating to the Alabama Proceedings, including but not limited to, depositions and exhibits thereto taken in the Alabama Proceedings and documents produced by any party or non-party in this litigation (MDL 1551) or in the Alabama Proceedings.

**RESPONSE: Objection is made to this request to the extent it seeks documents subject to a Protective Order in the Alabama proceeding the production of which may violate the terms of said Protective Order. Aside from a small class of documents protected by privileges identified in our General Objections, this party has no substantive objection to the production of documents subject to the MDL**

Revised Protective Order. General Reinsurance Corporation has advised the Doctor Policyholder Plaintiffs and the RRGs of its objections to this request, as well as its intent to file a Motion for Protective Order and to assert grounds that no documents should be produced in response to this request. We will defer to the Court's ruling on the Motion for a Protective Order and will provide responsive documents the Court deems discoverable.

2. All Documents in your custody or control that you received from ROA, TRG, Gen Re, Milliman, PwC, ASL, Witkowski, FVR and/or Wachovia in this litigation (MDL 1551).

RESPONSE: Objection is made to this request to the extent it seeks documents subject to a Protective Order in the Alabama proceeding the production of which may violate the terms of said Protective Order. Aside from a small class of documents protected by privileges identified in our General Objections, this party has no substantive objection to the production of documents subject to the MDL Revised Protective Order. General Reinsurance Corporation has advised the Doctor Policyholder Plaintiffs and the RRGs of its objections to this request, as well as its intent to file a Motion for Protective Order and to assert grounds that no documents should be produced in response to this request. We will defer to the Court's ruling on the Motion for a Protective Order and will provide responsive documents the Court deems discoverable.

Respectfully submitted, this the 9th day of March, 2010.

>*/s/Erby J. Fischer*
>Erby J. Fischer (FIS010)
>Attorney for Commissioner
>Leslie A. Newman

**OF COUNSEL**
Erby J. Fischer (FIS010)
FISCHER | GOLDASICH | AUGHTMAN, LLC
One Federal Place
1819 Fifth Avenue North
Suite 1050
Birmingham, Alabama 35203
Telephone: 205.423.8504
Facsimile:  205.423.8510
Email: erby.fischer@fglawgroup.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 9th day of March, 2010, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such to the following:

| | |
|---|---|
| Patrick H. Cantilo, Esquire<br>Pierre J. Riou, Esquire<br>Peter N. Martin, Esquire<br>Daniel J. Price, Esquire<br>CANTILO & BENNETT, L.L.P.<br>11401 Century Oaks Terrace, Suite 300<br>Austin, Texas 78758<br>(512) 478-6000<br>(512) 404-6550 Fax<br>1551service@cb-firm.com<br>Counsel for the Deputy Receiver of Reciprocal of America and The Reciprocal Group | John L. Ryder, Esquire<br>HARRIS, SHELTON, DUNLAP, COBB & RYDER, P.L.L.C.<br>One Commerce Square, Suite 2700<br>Memphis, Tennessee 38103-2555<br>(901) 525-1455<br>(901) 526-4084 Fax<br>jryder@harrisshelton.com<br>Counsel for the Deputy Receiver of Reciprocal of America and The Reciprocal Group |

| | |
|---|---|
| John A. Conrad, Esquire<br>JoAnne L. Nolte, Esquire<br>THE CONRAD FIRM, P.C.<br>1520 West Main St., Suite 203 & 204<br>Richmond, Virginia 23220<br>(804) 359-6062<br>(804) 359-6064 Fax<br>jconrad@theconradfirm.com<br>jnolte@theconradfirm.com<br>Counsel for the Deputy Receiver of Reciprocal of America and The Reciprocal Group | Jere L. Beasley, Esquire<br>W. Daniel Miles III, Esquire<br>Clinton C. Carter, Esquire<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>P.O. Box 4160<br>Montgomery, Alabama 36103-4160<br>(334) 269-2343<br>(334) 954-7555 Fax<br>jere.beasley@beasleyallen.com<br>dee.miles@beasleyallen.com<br>clint.carter@beasleyallen.com<br>Counsel for Commissioner Leslie A. Newman |
| B. J. Wade, Esquire<br>James F. Horner, Esquire<br>GLASSMAN, EDWARDS, WADE & WYATT, P.C.<br>26 North Second Street<br>Memphis, Tennessee 38103<br>(901) 527-4673<br>(901) 521-0940 Fax<br>bwade@gewwlaw.com<br>jhorner@gewwlaw.com<br>Counsel for Tommy L. Fullen, Michael A. Jaynes, P.C. and Michael A. Jaynes | Jeffrey Hyatt Blaylock, Esquire<br>Jeffrey Owen Parshall, Esquire<br>FORD, PARSHALL & BAKER<br>608 E. Walnut Street<br>P.O. Box 1097<br>Columbia, Missouri 65205-1097<br>(573) 449-2613<br>(573) 875-8154 Fax<br>jblaylock@fpb-law.com<br>jparshall@fpb-law.com<br>Counsel for Milliman USA, Inc. |
| Edward M. Wagner, Esquire<br>Keith E. Fruehling, Esquire<br>HEYL, ROYSTER, VOELKER & ALLEN<br>102 E. Main Street, Suite 300 (61801)<br>P.O. Box 129<br>Urbana, Illinois 61803-0129<br>(217) 344-0060<br>(217) 344-9295 Fax<br>ewagner@hrva.com<br>kfruehling@hrva.com<br>Counsel for Milliman USA, Inc | Sandra Zunker Brown, Esquire<br>Stephen T. Jacobs, Esquire<br>R. Timothy Muth, Esquire<br>REINHART, BOERNER & VAN DEUREN<br>1000 North Water Street, Suite 2100 (53202)<br>P.O. Box 2965<br>Milwaukee, Wisconsin 53201-2965<br>(414) 298-1000<br>(414) 298-8097 Fax<br>sbrown@reinhartlaw.com<br>sjacobs@reinhartlaw.com<br>tmuth@reinhartlaw.com<br>Counsel for Milliman USA, Inc. |

| | |
|---|---|
| Leo Bearman, Jr., Esquire<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.<br>2000 First Tennessee Bank Building<br>165 Madison Avenue<br>Memphis, Tennessee 38103<br>(901) 526-2000<br>(901) 577-0717 Fax<br>lbearman@bakerdonelson.com<br>Counsel for Milliman USA, Inc. | Laura E. Proctor, Esquire<br>Harriet Thomas Ivy, Esquire<br>BAKER, DONELSON, BEARMAN,<br>CALDWELL & BERKOWITZ, P.C.<br>1600 SouthTrust Tower<br>420 20th Street North<br>Birmingham, Alabama 35203<br>(205) 244-3804<br>(205) 488-3804 Fax<br>lproctor@bakerdonelson.com<br>hivy@bakerdonelson.com<br>Counsel for Milliman USA, Inc. and Robert L. Sanders |
| C. Dewayne Lonas, Esquire<br>MORAN, KIKER & BROWN, P.C.<br>4110 East Parham Road<br>Richmond, Virginia 23228<br>(804) 421-6250<br>(804) 421-6251 Fax<br>bybrown@morankikerbrown.com<br>dlonas@morankikerbrown.com<br>Counsel for Milliman USA, Inc. and Robert L. Sanders | Frank N. Cowan, Esquire<br>Deborah S. O'Toole, Esquire<br>COWAN & OWEN, P.C.<br>1930 Huguenot Road<br>P.O. Box 35655<br>Richmond, Virginia 23235<br>(804) 320-9100<br>(804) 330-3140 Fax<br>fcowan@cowanowen.com<br>dotoole@cowanowen.com<br>Counsel for Ronald K. Davis |
| Douglas W. Davis, Esquire<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074<br>(804) 788-8484<br>(804) 788-8218 Fax<br>ddavis@hunton.com<br>Counsel for General Reinsurance Corporation, Victoria J. Seeger, Thomas N. Kellogg and Thomas M. Reindel | Ronald M. Lepinskas, Esquire<br>Andrew R. Gifford, Esquire<br>DLA Piper<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 6060<br>(312) 443-0700<br>(312) 896-6475 Fax<br>Ronald.lepinskas@dlapiper.com<br>Andrew.Gifford@dlapiper.com<br>Counsel for General Reinsurance Corporation, GeneralCologne Reinsurance, P.L.C., and Berkshire Hathaway |

| | |
|---|---|
| W. J. Michael Cody, Esquire<br>Jef Feibelman, Esquire<br>BURCH, PORTER & JOHNSON, PLLC<br>130 North Court Avenue<br>Memphis, Tennessee 38103<br>(901) 524-5000<br>(901) 524-5024 Fax<br>mcody@bpjlaw.com<br>jfeibelman@bpjlaw.com<br>Counsel for General Reinsurance Corporation, GeneralCologne Reinsurance, P.L.C., and Berkshire Hathaway | G. Brian Jackson, Esquire<br>Robert L. Trentham, Esquire<br>MILLER & MARTIN, LLP<br>150 Fourth Avenue, North<br>1200 One Nashville Place<br>Nashville, Tennessee 37219<br>(615) 744-8505<br>(615) 256-8197 Fax<br>bjackson@millermartin.com<br>rtrentham@millermartin.com<br>Counsel for William T. Sugg |
| E. Duncan Getchell, Jr., Esquire<br>R. Gordon Smith, Esquire<br>H. Carter Redd, Esquire<br>McGUIRE WOODS, LLP<br>One James Center<br>901 East Cary Street<br>Richmond, Virginia 23219<br>(804) 775-1000<br>(804) 698-2176 Fax<br>dgetchell@mcguirewoods.com<br>gsmith@mcguirewoods.com<br>credd@mcguirewoods.com<br>Counsel for First Virginia Reinsurance, Ltd. and Richard Witkowski | Thomas Lang Wiseman, Esquire<br>WISEMAN BIGGS BRAY PLLC<br>1665 Bonnie Lane, Suite 106<br>Memphis, Tennessee 38016<br>(901) 372-5003<br>(901) 383-6599 Fax<br>lwiseman@wbblawfirm.com<br>Counsel for First Virginia Reinsurance, Ltd. and Richard Witkowski |
| David M. Harris, Esquire<br>Ryan J. Gavin, Esquire<br>GREENSFELDER, HEMKER & GALE, PC<br>10 South Broadway, Suite 2000<br>St. Louis, Missouri 63102-1774<br>(314) 241-9090<br>(314) 345-5465 Fax<br>dmh@greensfelder.com<br>rjg@greensfelder.com<br>Counsel for Gerald D. Wages | J. Jonathan Schraub, Esquire<br>Paige A. Levy, Esquire<br>Danny M. Howell, Esquire<br>SANDS ANDERSON MARKS & MILLER, P.C.<br>1497 Chain Bridge Road, Suite 202<br>McLean, Virginia 22101<br>(703) 893-3600<br>(703) 893-8484 Fax<br>jjschraub@sandsanderson.com<br>plevy@sandsanderson.com<br>dhowell@sandsanderson.com<br>Counsel for John William Crews, Judith A. Kelley and Gordon D. McLean |

| | |
|---|---|
| David Wade, Esquire<br>MARTIN TATE MORROW & MARSTON<br>International Place Tower II<br>6410 Poplar Avenue, Suite 1000<br>Memphis, Tennessee 38119-4843<br>(901) 522-9000<br>(901) 527-3746 Fax<br>dwade@martintate.com<br>Counsel for John William Crews, Judith A. Kelley and Gordon D. McLean | John Alec Henig, Jr., Esquire<br>Robert D. Segall, Esquire<br>Shannon L. Holliday, Esquire<br>COPELAND FRANCO SCREWS & GILL, PA<br>444 South Perry Street (36104)<br>P.O. Box 347<br>Montgomery, Alabama 36101-0347<br>(334) 834-1180<br>(334) 834-3172 Fax<br>henig@copelandfranco.com<br>segall@copelandfranco.com<br>holliday@copelandfranco.com<br>Counsel for John William Crews |
| Michael A. Dallmeyer, Esquire<br>HENDREN & ANDRAE, LLC<br>Riverview Office Center<br>221 Bolivar Street, Suite 300<br>P.O. Box 1069<br>Jefferson City, Missouri 65102-1069<br>(573) 636-8135<br>(573) 636-5226 Fax<br>madallmeyer@hendrenandrae.com<br>Counsel for John William Crews | Russell E. Reviere, Esquire<br>RAINEY, KIZER, REVIERE & BELL, PLC<br>105 Highland Avenue South<br>P.O. Box 1147<br>Jackson, Tennessee 38302-1147<br>(731) 423-2414<br>(731) 426-8111 Fax<br>rreviere@raineykizer.com<br>Counsel for Crews & Hancock, P.L.C. |
| Kevin R. Huennekens, Esquire<br>Peter J. Barrett, Esquire<br>KUTAK ROCK LLP<br>Bank of America Center<br>1111 East Main Street, Suite 800<br>Richmond, Virginia 23219-3500<br>(804) 343-5234<br>(804) 783-6192 Fax<br>kevin.huennekens@kutakrock.com<br>peter.barrett@kutakrock.com<br>Counsel for Wachovia Bank, NA | Alan D. Strasser, Esquire<br>Ellen Bass, Esquire<br>KUTAK ROCK LLP<br>1101 Connecticut Ave., NW, Suite 1000<br>Washington, D.C. 20036-4374<br>(202) 828-2417<br>(202) 828-2488 Fax<br>alan.strasser@kutakrock.com<br>ellen.bass@kutakrock.com<br>Counsel for Wachovia Bank, NA |

| | |
|---|---|
| John S. Morris, III, Esquire<br>BEALE, DAVIDSON, ETHERINGTON & MORRIS, P.C.<br>701 East Franklin Street, Suite 1200<br>Richmond, Virginia 23219<br>(804) 788-1500<br>(804) 788-0135 Fax<br>jmorris@bealelaw.com<br>Counsel for PricewaterhouseCoopers LLP and Gary Stephani | Anne P. Wheeler, Esquire<br>William D. Jones III, Esquire<br>JOHNSTON BARTON PROCTOR & POWELL LLP<br>2900 AmSouth/Harbert Plaza<br>1910 6th Avenue North<br>Birmingham, Alabama 35203<br>(205) 458-9400<br>(205) 458-9500 Fax<br>wjones@johnstonbarton.com<br>Counsel for PricewaterhouseCoopers LLP and Gary Stephani |
| Diana L. Weiss, Esquire<br>Kenneth Y. Turnbull, Esquire<br>Meredith Moss, Esquire<br>Christopher M. O'Connell, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>(202) 339-8400<br>(202) 339-8500 Fax<br>dweiss@orrick.com<br>kturnbull@orrick.com<br>mmoss@orrick.com<br>Counsel for PricewaterhouseCoopers LLP and Gary Stephani | John I. Houseal, Jr., Esquire<br>GLANKLER BROWN, PLLC<br>1700 One Commerce Square, Suite 1700<br>Memphis, Tennessee 38103<br>(901) 525-1322<br>(901) 525-2389 Fax<br>jhouseal@glankler.com<br>Counsel for PricewaterhouseCoopers LLP and Gary Stephani |
| Douglas M. Palais, Esquire<br>Tamara L. Tucker, Esquire<br>LECLAIR RYAN, P.C.<br>951 East Byrd Street, East Tower<br>Richmond, Virginia 23218<br>(804) 916-7142<br>(804) 916-7242 Fax<br>dpalais@leclairryan.com<br>ttucker@leclairryan.com<br>Counsel for Richard W.E. Bland | John J. Heflin, III, Esquire<br>BOURLAND HEFLIN ALAREZ & MINOR<br>5400 Poplar Avenue, Suite 100<br>Memphis, Tennessee 38119<br>(901) 683-3526<br>(901) 763-1037 Fax<br>johnheflin@bhamplc.com<br>Counsel for Richard W.E. Bland |

| | |
|---|---|
| Charles F. Witthoefft, Esquire<br>Michael P. Falzone, Esquire<br>Devon Williams Cushman, Esquire<br>HIRSCHLER FLEISCHER, P.C.<br>The Federal Reserve Bank Building<br>701 East Byrd Street<br>P.O. Box 500<br>Richmond, Virginia 23218-0500<br>(804) 771-9500<br>(804) 644-0957 Fax<br>rwitthoefft@hf-law.com<br>mfalzone@hf-law.com<br>dcushman@hf-law.com<br>Counsel for Kenneth R. Patterson and Carolyn B. Hudgins | John C. Speer, Esquire<br>Clarence A. Wilbon, Esquire<br>Stephen W. Ragland, Esquire<br>BASS BERRY & SIMS, PLC<br>The Tower at Peabody Place<br>100 Peabody Place, Suite 900<br>Memphis, Tennessee 38103<br>(901) 543-5900<br>(901) 543-5999 Fax<br>jspeer@bassberry.com<br>cwilbon@bassberry.com<br>sragland@bassberry.com<br>Counsel for Kenneth R. Patterson and Carolyn B. Hudgins |
| James P. Cusick, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>666 Fifth Avenue<br>New York, NY 10103-0001<br>212-506-5000<br>212-506-2151 – Fax<br>jcusick@orrick.com<br>counsel for PricewaterhouseCooper LLP & Gary Stephani | Jennifer Griffin, Esquire<br>Kurt U. Schaefer, Esquire<br>LATHROP & GAGE<br>314 East High Street<br>Jefferson City, Missouri  65101-3004<br>573-893-4336<br>573-893-5398 – Fax<br>jgriffin@lathropgage.com<br>Counsel for Kenneth R. Patterson and Carolyn B. Hudgins |
| James R. Seale, Esquire<br>HILL, HILL, CARTER, FRANCO, COLE & BLACK, PC<br>425 South Perry Street (36104)<br>P. O. Box 116<br>Montgomery, Alabama  36101-0116<br>334-824-7600<br>334-263-5969 – Fax<br>jrs@hillhillcarter.com<br>Counsel for Kenneth R. Patterson and Carolyn B. Hudgins | Kevin M. O'Hagan, Esquire<br>O'HAGAN, SMITH & AMUNDSON, LLC<br>150 North Michigan Avenue, Suite 3300<br>Chicago, Illinois 60601<br>312-894-3200<br>312-894-3210 – Fax<br>kohagan@osalaw.com<br>Counsel for Thomas K. Smith |

| | |
|---|---|
| Joseph W. Phebus, Esquire<br>Gary D. Forrester, Esquire<br>Daniel J. Pope, Esquire<br>PHEBUS & KOESTER<br>136 W. Main Street<br>Urbana, Illinois 61801<br>(217) 337-1400<br>(217) 337-1607 Fax<br>jwphebus@phebuslaw.com<br>gforrester@phebuslaw.com<br>dpope@phebuslaw.com<br>Counsel for Christie Clinic, PC, David Herrick, The Schumacher Group, Inc. and The Schumacher Group of Louisiana, Inc. | Robert G. Methvin, Jr., Esquire<br>J. Matthew Stephens, Esquire<br>MCCALLUM, METHVIN & TERRELL, P.C.<br>The Highland Building<br>2201 Arlington Avenue South<br>Birmingham, Alabama 35205<br>(205) 939-0199<br>(205) 939-0399 Fax<br>rgm@mmlaw.net<br>mstephens@mmlaw.net<br>Counsel for Crenshaw Community Hospital, Bullock County Hospital, Gateway Regional Health System, Inc., Delta Regional Medical Center and South Sunflower County Hospital |
| Edward M. Bearman, Esquire<br>JOHNSON & GRUSIN, LLC<br>780 Ridge Lake Boulevard, Suite 202<br>Memphis, Tennessee 38120<br>(901) 682-3450<br>(901) 682-3590 Fax<br>ebearman@jglawfirm.com<br>Counsel for Crenshaw Community Hospital, Bullock County Hospital, David Herrick, The Schumacher Group, Inc., and The Schumacher Group of Louisiana, Inc., Michael A. Jaynes, P.C., and Michael A. Jaynes | Myron C. Penn, Esquire<br>L. Shane Seaborn, Esquire<br>PENN & SEABORN LLC<br>P.O. Box 688<br>Clayton, Alabama 36016<br>(334) 775-9778<br>(334) 775-9779 Fax<br>myronpenn28@hotmail.com<br>sseaborn1@yahoo.com<br>Counsel for Crenshaw Community Hospital and Bullock County Hospital |
| Nicholas Gachassin, III, Esquire<br>GACHASSIN LAW FIRM, LLP<br>200 Corporate Boulevard, Suite 103 (70508)<br>P.O. Box 80369<br>Lafayette, Louisiana 70598<br>(337) 235-4576<br>(337) 235-5003 Fax<br>nick3@gachassin.com<br>Counsel for The Schumacher Group, Inc. and The Schumacher Group of Louisiana, Inc. | Andrew B. Campbell, Esquire<br>J. Graham Matherne, Esquire<br>Jack F. Marlow, Esquire<br>William W. Gibson, Esquire<br>WYATT, TARRANT & COMBS, LLP<br>2525 West End Avenue, Suite 1500<br>Nashville, Tennessee 37203-1423<br>(615) 251-6708<br>(615) 256-1726 Fax<br>acampbell@wyattfirm.com<br>gmatherne@wyattfirm.com<br>jmarlow@wyattfirm.com<br>bgibson@wyattfirm.com<br>Counsel for J. Knox Walkup, Special Deputy Receiver of Doctors Insurance Reciprocal, RRG |

| | |
|---|---|
| Kathryn A. Stephenson, Esquire<br>Paul W. Ambrosius, Esquire<br>TRAUGER, NEY & TUKE<br>The Southern Turf Building<br>222 Fourth Avenue North<br>Nashville, Tennessee 37219-2117<br>(615) 256-8585<br>(615) 256-7444 Fax<br>kstephenson@tntlaw.net<br>pambrosius@tntlaw.net<br>Counsel for Robert S. Brandt, Special Deputy Receiver for American National Lawyers Insurance Reciprocal, RRG | J. W. Luna, Esquire<br>Leslie F. Shechter, Esquire<br>William H. Farmer, Esquire<br>FARMER & LUNA, PLLC<br>333 Union Street, Suite 300<br>Nashville, Tennessee 37201<br>(615) 254-9146<br>(615) 254-7123 Fax<br>bfarmer@farmerluna.com<br>jwluna@farmerluna.com<br>Counsel for Commissioner Leslie A. Newman |
| Michael L. Robb, Esquire<br>THOMASON, HENDRIX, HARVEY, JOHNSON & MITCHELL, PLLC<br>2900 One Commerce Square<br>40 S. Main Street<br>Memphis, Tennessee 38103<br>(901) 525-8721<br>(901) 525-6722 Fax<br>robbm@thomasonlaw.com<br>Counsel for Missouri Hospital Plan, Hospital Services Group, Inc., Healthcare Services Association, Providers Insurance Consultants, and Medical Liability Alliance | Dana L. Frese, Esquire<br>Ron McMillin, Esquire<br>CARSON & COIL, P.C.<br>515 E. High Street<br>P.O. Box 28<br>Jefferson City, Missouri 65102<br>(573) 636-2177<br>(573) 636-7119 Fax<br>dana.f@carsoncoil.com<br>ronenofile@aol.com<br>Counsel for Missouri Hospital Plan, Hospital Services Group, Inc., Healthcare Services Association, Providers Insurance Consultants, and Medical Liability Alliance |
| | James G. Thomas, Esquire<br>NEAL & HARWELL, PLC<br>150 Fourth Avenue, North<br>Suite 2000<br>Nashville, TN  37219<br>jthomas@nealharwell.com<br>Counsel for Thomas M. Reindel, Victoria J. Seeger, Christopher Migel and Thomas N. Kellogg |

12

| | |
|---|---|
| Robert Riley, Esquire<br>RILEY & JACKSON, P.C.<br>1744 Oxmoor Road<br>Birmingham, Alabama  35209-4037<br>rob@rileyjacksonlaw.com<br>Counsel for Crenshaw Community Hospital, Bullock County Hospital, Gateway Regional Health System, Inc. d/b/a Mary Chiles Hospital, T. J. Samson community Hospital, Hardin Memorial Hospital, Green River Regional Mental Health/Mental Retardation Board, Inc. d/b/a River Valley Behavioral Health Hospital, Harrison Memorial Hospital, James B. Haggin Memorial Hospital, Owensboro Medical Health System, and Twin Lakes Regional Medical Center | Eugene R. Naylor, Esquire<br>R. Mark Hodges, Esquire<br>George Q. Evans, Esquire<br>WISE, CARTER, CHILD & CARAWAY, P.A.<br>Heritage Building, Suite 600<br>401 East Capitol Street<br>Jackson, MS  39201<br>Counsel for Plaintiffs Delta Regional Medical Center and South Sunflower County Hospital |
| Marshall E. Smith, III, Esquire<br>Frank O. Hanson, Jr., Esquire<br>4401 Gary Avenue<br>Fairfield, Alabama  35064<br>Counsel for Plaintiff Charles Michael Howe, M.D. | Jeffrey P. Mauro<br>BADDLEY & MAURO, L.L.C.<br>2545 Highland Avenue, Suite 100<br>Birmingham, Alabama  35205<br>Counsel for Charles M. Howe, M.D. |

*/s/ Erby J. Fischer*
Of Counsel